UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES K. SMITH,

      Plaintiff,                  No. 21-10660

v.                              Honorable Nancy G. Edmunds

MENARD, INC.,

      Defendant.

_____/

**JUDGMENT**

Being fully advised in the premises, having read the pleadings, and for the reasons set forth in the Court's Opinion and Order Granting Defendant's Motion for Summary Judgment (ECF No. 28),

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 14, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 14, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager